STATE OF MINNESOTA       )        Case No. 26-mj-27 (DLM)
                         ) ss.    AFFIDAVIT OF NICHOLAS S. McADAMS
COUNTY OF HENNEPIN       )

I, Nicholas S. McAdams, being duly sworn, state the following:

1. I am a special agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and am thus an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7).

2. I have been employed as a special agent with ATF since May 2016. I am assigned to the St. Paul Field Division, St. Paul IV Field Office, in the District of Minnesota. I received a Bachelor of Arts degree in international studies from the University of St. Thomas in May 2008. I received a Master of Arts degree in criminal justice from American Military University in February 2015. Before becoming an ATF special agent, I was a military police officer in the United States Marine Corps. As an ATF special agent, my duties and responsibilities include conducting criminal investigations of persons and entities for possible violations of federal law, including those laws found in Titles 18 and 21 of the United States Code. I have completed courses in criminal investigations, tactical training in executing searches of persons and premises, courses in federal firearms violations, and other general investigative matters. I have participated in hundreds of investigations that have resulted in the arrests, searches, seizures, and convictions of persons who have violated federal firearms and narcotics laws.

3. The facts and information contained in this affidavit are based upon my personal knowledge and observations of and information transmitted by other officers and agents involved in this investigation. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed or communicated to me or known to the government.

4. On January 14, 2026, members of the Federal Bureau of Investigation (FBI) were assisting Department of Homeland Security (DHS) personnel as part of the ongoing federal operation in the Twin Cities, Minnesota, metropolitan area. On this evening, FBI personnel were assisting in north Minneapolis following a DHS arrest operation that resulted in a use of force. As a result of the ensuing civil unrest, FBI and DHS personnel were forced to abandon their vehicles and property therein. As a result, individuals within the crowd broke into an unmarked FBI vehicle and stole its contents, to include:

- Colt M16A1 bearing serial number 9506120
- Glock 17M bearing serial number ADDC383
- Huxwrx Suppressor bearing serial number P1000791
- TYR Tactical ULV body armor bearing serial number 20013391
- Motorola APX handheld radio bearing serial number 579CWR4376
- Dell Latitude 5540 bearing serial number FYT7B04
- 5.56 and 9mm firearm ammunition

- Numerous items of unsterilized equipment, uniforms, and personal items.

5. Based on my training, experience, and research, I know that Colt M16A1 rifles are not manufactured in the State and District of Minnesota.

*Identification of Raul GUTIERREZ*

6. Throughout January 14th and 15th, 2026, investigators with DHS and the Department of Justice (DOJ) observed numerous open-source social media posts and videos of the destruction and theft of government property. In one such video, investigators observed a male with a distinguishable facial tattoo remove a soft rifle case containing the aforementioned Colt M16A1and HUXWRX suppressor from the trunk vault of the FBI vehicle that had just been broken into.

7. Investigators familiar with the suspect from another investigation identified him as Raul GUTIERREZ (DOB: 09/30/1992). Additionally, booking photos from previous arrests that show identical facial tattoos were utilized to confirm his identity. GUTIERREZ's criminal history includes the following felony offenses:

| Crime | Jurisdiction of Conviction | Case Number |
|---|---|---|
| Burglary-Building or Dwelling | Dunn County, Wisconsin | 2011CF000313 |
| Dangerous Weapons-Reckless Discharge of Firearm Within a Municipality | Hennepin County, Minnesota | 27-CR-18-10500 |

| Domestic Assault–By Strangulation | Ramsey County, Minnesota | 62-CR-25-2921 |

8. GUTIERREZ was previously under investigation by the Drug Enforcement Administration (DEA). DEA investigators stated that through their investigation, they identified GUTIERREZ's residence as 1318 23rd Street East, Minneapolis, Minnesota. Additionally, they identified his vehicle as a 2019 Ram 1500 with Minnesota license plate SPZ062.

9. While conducting additional monitoring of open-source social media posts, ATF investigators observed a video that showed GUTIERREZ walking down the street carrying the soft rifle case. The video shows GUTIERREZ stopping at the rear passenger door of a black Ford sedan (Minnesota license plate SMV596), pulling out a key fob, and unlocking the doors before placing the rifle case in the backseat. The video then shows GUTIERREZ walking around the driver's side door and entering the vehicle. Investigators observed a second individual who also entered the black Ford Sedan. Through the previously-referenced online media source information, agents have observed that individual, later identified as MIRANDA, using a hatchet in an attempt to break into the trunk vault. During further review of this media source information agents observed MIRANDA grabbing several items from the trunk, including a satchel belonging to the agent assigned to the vehicle. MIRANDA then walked away with GUTIERREZ and they entered their vehicle together.

*Surveillance of 1318 23rd Street East, Minneapolis, Minnesota*

10. On the morning of January 15, 2026, investigators with ATF and the Hennepin County Violent Offender Task Force (VOTF) established surveillance on GUTIERREZ's residence. Investigators observed the aforementioned Ram 1500 parked outside of the residence. The residence had an accompanying garage. At approximately 1100 hours, investigators observed the garage door opening, revealing a vehicle under a cover. A short time later, a tow truck arrived and loaded the covered vehicle onto the back. A male wearing a face mask who matched GUTIERREZ's height and weight exited the garage and entered the tow truck before it departed.

11. Investigators followed the tow truck for several minutes and observed the cover beginning to lift in the wind, revealing a black Ford sedan similar to that identified the previous night. Shortly thereafter, VOTF investigators attempted to conduct a traffic stop on the tow truck, which resulted in the truck fleeing. Investigators observed the driver and passenger exit the truck and run in different directions. Both the driver and passenger were apprehended after a brief foot pursuit. Upon being detained, the passenger was identified as GUTIERREZ.

*Interviews of Raul GUTIERREZ*

12. GUTIERREZ was subsequently arrested by VOTF and brought to Hennepin County Adult Detention Center. Detectives from VOTF conducted a recorded post-Miranda interview, during which GUTIERREZ initially admitted to stealing the gun and went on to state that shortly after he took it two unknown black males stole it from him. When the detective pressed for additional information, GUTIERREZ attempted to walk back his knowledge of the gun by saying he did not know what was in the case.

13. A few hours after this initial interview with VOTF, ATF and FBI Special Agents conducted a recorded post-Miranda interview with GUTIERREZ. During this interview, GUTIERREZ admitted to handling and possessing the rifle. GUTIERREZ stated that after placing the rifle into the Ford Taurus, he and an associate he knew as "Alexander" got in the vehicle and attempted to leave the area. While attempting to depart, their vehicle struck another vehicle, and they confronted unidentified persons. In a panic, GUTIERREZ placed the rifle bag and its contents in the vicinity of a nearby truck, before departing the area alone in the Taurus leaving "Alexander" behind.

*FBI TIP*

14. On January 15, 2026, a tipster contacted the FBI National Threat Operations Center (NTOC) to report Alexio MIRANDA, date of birth

09/23/1993, as the possible identity of an unknown subject involved in stealing items from an FBI vehicle in Minneapolis, MN. This tipster had access to commercially available facial recognition software, which the tipster used on the video to identify Alexio MIRANDA. From there, the tipster found some social media information and deduced MIRANDA lived in or around Minneapolis.

15. On January 15, 2026, the FBI conducted open-source research and found two Facebook profiles associated with Alexio MIRANDA along with criminal history checks, DVS, and additional open-source research.

*Follow-on Interview by Special Agents*

16. At approximately 9:20pm on January 15, 2026, FBI and ATF Agents conducted another custodial interview of Raul GUTIERREZ at the Hennepin County Adult Detention Center. Agents showed GUTIERREZ the Facebook page containing photos of Alexio Antonio MIRANDA. GUTIERREZ made affirmative comments and gestures indicating that MIRANDA was the same "Alexander" that he had mentioned during an earlier interview, namely as the individual who was with him when he removed a rifle from a law enforcement vehicle.

17. GUTIERREZ stated MIRANDA called him multiple times that night and morning after GUTIERREZ left MIRANDA and the rifle behind.

GUTIERREZ did not answer because he was scared. MIRANDA left GUTIERREZ voice messages indicating that he had walked to Saint Paul, Minnesota with the rifle after the two parted ways. GUTIERREZ stated that he did not know MIRANDA's exact address, but it was near a street named "Butler". GUTIERREZ also stated that MIRANDA told him that he, "still had that shit," indicating to GUTIERREZ that MIRANDA still had the rifle.

18. GUTIERREZ stated that MIRANDA was not in a healthy state of mind since his mother just died approximately two days before. GUTIERREZ stated that MIRANDA had indicated that he felt MIRANDA would, "want to go out with it", meaning that he might not desire to live after his mother's death.

19. GUTIERREZ reiterated much of what he had previously provided during the first FBI/ATF interview; however, he added that while being chased by law enforcement prior to his arrest, GUTIERREZ broke his phone and threw it out.

*Pings on 612-393-3878, phone number belonging to MIRANDA*

20. On January 15, 2026, Special Agents from the FBI submitted an exigent request for call detail records and location data for the AT&T phone number 612-393-3878 (associated with MIRANDA) and the Verizon phone number 612-563-9381 (associated with GUTIERREZ) for activity on January

14th, 2026, around various times and locations related to the facts provided. Specifically, the records showed the following:

- After 8:00 PM both phones had records consistent with the area of Elevated Liquors located at 4135 Hiawatha Avenue, Minneapolis, MN
- Between approximately 9:11 PM and 10:04 PM both phones had records consistent with the geographic area around the vehicle theft location at various times between the referenced period
- After being in the area of the vehicle theft both phones had records consistent with travel to the area of 1318 East 23rd Street, Minneapolis, Minnesota.
- Both phones had records consistent with travel back to the area of the vehicle theft with the Verizon phone having the first records around 10:43 PM and the AT&T phone around 11:07 PM. Your affiant notes the variance in times indicates the mapping of available records provided at the time.

19. At approximately 10:30 PM Special Agents from FBI and ATF began receiving prospective location data from MIRANDA's cell phone. The data indicated MIRANDA was pinging within a 488-meter radius of Pierce Butler Route and Victoria Street South in Saint Paul, Minnesota.

### *Identification of 846 Pierce Butler Route, Apartment 19, Saint Paul, Minnesota*

20. Between January 15 - 16, 2026. ATF investigators utilized law enforcement records and databases to attempt to locate addresses in use by MIRANDA. Investigators learned that on December 16, 2025, Saint Paul Police were dispatched to 846 Pierce Butler Route for a domestic assault complaint. When they arrived, officers were met by the complainant, MIRANDA, who stated he could hear a domestic altercation occurring through the walls of his apartment. During this interaction, MIRANDA informed police that he was a resident of that apartment building, though he did not specify which unit. MIRANDA also provided police with the cell phone number 612-393-3878.

21. On January 16, 2026, FBI Special Agents received information that MIRANDA was in receipt of Supplemental Nutrition Assistance Program (SNAP) benefits, and confirmed that his address on file for these benefits is 846 Pierce Butler Route, Apartment 19, Saint Paul, Minnesota.

### *Surveillance and Arrest*

22. Beginning January 15, 2026, and continuing to January 16, 2026, FBI, ATF, and members of VOTF conducted physical surveillance of 846 Pierce Butler Route, Saint Paul, Minnesota. During this period of time, the prospective location data associated with MIRANDA's phone remained

centered within a several hundred meter radius of this address. At approximately 10:00 AM on the morning of January 16, 2026, surveillance units outside of this apartment building observed MIRANDA emerge from the building, walk around, and return to the building. Surveillance personnel maintained observation on the building and at approximately 11:00 AM VOTF observed MIRANDA exit once again, enter a vehicle and depart the apartment complex. A short period later investigators with VOTF conducted a traffic stop of the vehicle and arrested MIRANDA on probable cause for the theft of property.

23. Based on training, experience, and the facts of this and other cases, agents know that individuals who commit acts of theft often stores the fruits of their crimes in locations within their control, including but not limited to their homes, apartments, vehicles and storage units. Therefore, there is probable cause to believe that evidence of the offense of theft of property or the fruits therefrom are within 846 Pierce Butler Route, Apartment 19, in Saint Paul, Minnesota.

*Law Enforcement Recovers the Stolen Colt M16A1*

24. Surveillance personnel maintained observation of the building as agents continued to be staged in preparation for a search warrant at 846 Pierce Butler Route, Apartment 19. Once again, at approximately 11:00 AM, VOTF observed MIRANDA exit the apartment building and go to the garbage

dumpster area. Once there, they observed MIRANDA discard what appeared to be several items in a dumpster, then enter a vehicle and depart the apartment complex. A short period later investigators with VOTF conducted a traffic stop of the vehicle and arrested MIRANDA on probable cause for the theft of property.

25. MIRANDA was brought to the Hennepin County Adult Detention Center. In a post-*Miranda* interview, MIRANDA admitted to going to the area of the civil unrest on the night of January 14, 2026. Agents showed MIRANDA a picture of GUTIERREZ and asked if that's who he was with, to which he acknowledged it was. MIRANDA admitted to taking a bag from an FBI vehicle but denied initially taking any firearms. When asked what was in the bag, he stated "bullets'. MIRANDA went on to explain that before he and GUTIERREZ left the area, GUTIERREZ pulled the rifle and rifle case from the backseat of their vehicle and left it on the side of the road. MIRANDA then stated he exited the vehicle, retrieved the rifle, and made his way back to his residence in Saint Paul, Minnesota. MIRANDA went on to state that before being arrested on January 16, 2026, he discarded the rifle in the dumpster outside of his apartment.

26. Meanwhile, as MIRANDA was being arrested and interviewed, VOTF investigators at 846 Pierce Butler Route, in Saint Paul, searched the dumpster for the items that were observed being discarded by MIRANDA.

Inside the dumpster, investigators observed a pile of items that did not appear to have ice or snow like the rest of those items in the dumpster. Investigators observed a soft rifle case sticking out from the pile. Investigators removed and opened the case and discovered the Colt M16A1 bearing serial number 9506120 and the Huxwrx Suppressor bearing serial number P1000791.

27. Based on the foregoing, there is probable cause to believe that on or about January 14, 2026, in the District of Minnesota, the defendant, Alexio MIRANDA, did commit the offense of theft of public property in violation of Title 18, United States Code, Section 641.

_____
Nicholas S. McAdams
Special Agent, ATF

Subscribed and Sworn before me by
reliable electronic means via Facetime
and email pursuant to Fed. R. Crim. P.
41(d)(3) this 16 day of January, 2026

_____
The Honorable Douglas L. Micko
United States Magistrate Judge